# EXHIBIT 11

CAUSE NO. 2022CI02962

| | | |
|---|---|---|
| JULIE VEGA | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| VS. | § | 37TH JUDICIAL DISTRICT |
| | § | |
| MARBACH ASSOCIATES, LLC D/B/A | § | |
| POLO CLUB APARTMENTS, ET. AL. | § | |
| Defendant. | § | BEXAR COUNTY, TEXAS |

## NET WORTH AFFIDAVIT OF MARBACH ASSOCIATES, LLC

| | |
|---|---|
| STATE OF CALIFORNIA | § |
| | § |
| COUNTY OF MONTEREY | § |

Before me, the undersigned authority, on this day, personally appeared the Affiant, Leland Evans, who being first duty sworn stated under oath as follows:

1. My name is Leland Evans. I am over 18 years of age and have personal knowledge of the facts stated in this Affidavit. I am competent to give the testimony in this Affidavit and swear the statements contained in this Affidavit are true and correct.

2. I am a managing member of Marbach Associates, LLC, a Texas limited liability company ("Marbach"). In that capacity, I have personal knowledge of the financial operations of Marbach, including personal knowledge of the facts stated herein, which I know to be true and correct. Because of my involvement in Marbach's financial affairs, I also have personal knowledge about its current total assets and liabilities.

3. For purposes of this Affidavit, I understand that the term "net worth" refers to the difference between Marbach's total assets and current total liabilities, that is, total current assets minus total current liabilities.

4. I understand that, in determining net worth for purposes of this Affidavit, I am not to include as a liability the Final Judgment on Jury Verdict that was signed on January 24, 2025 ("Final Judgment"). Therefore, the Final Judgment has not been considered or included in my determination of Marbach's net worth. I also understand that, in determining net worth for purposes of this Affidavit, I am not to include any insurance coverage. Therefore, insurance coverage has not been considered or included in my determination of Marbach's net worth.

5. Marbach's sole asset is a bank account that includes $27,974.83. Marbach has no other assets or liabilities at this time. Therefore, the net worth of Marbach as of today's date is $27,974.83.

Further affiant sayeth not.

_____
Leland Evans, Managing Member
Marbach Associates, LLC, a Texas
limited liability company


SUBSCRIBED AND SWORN TO BEFORE ME on this ___ day of _____, 2025.


**See Attached
For Notary**

_____
Notary Public in and for State of California

# JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Monterey

Subscribed and sworn to (or affirmed) before me on

this ___18th___ day of ___February___, 20 _25_,

by _Leland Evans_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _A. Ayala_



ADRIAN A. AYALA
Notary Public - California
Monterey County
Commission # 2461995
My Comm. Expires Sep 2, 2027

(Seal)